## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Indymac Bank, F.S.B.,

       Plaintiff,                                Civil No.07-4514 (RHK/JSM)

vs.                                       **DISQUALIFICATION AND**
                                                **ORDER FOR REASSIGNMENT**

American Wholesale Lending, LLC,
a Minnesota limited liability company,
et al.,

       Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  November 6, 2007

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge